AO 442   (Rev. 10/03) Warrant for Arrest

US MARSHALS SERVICE NTX
FORT WORTH, TEXAS

## UNITED STATES DISTRICT COURT

Northern   District of   Texas   2018 NOV -8 PM 12:33

UNITED STATES OF AMERICA

V.

Lisa Brown

**WARRANT FOR ARREST**

Case Number: 4:18-CR-274-O

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV - 9 2018
CLERK, U.S. DISTRICT COURT
By WC30
Deputy

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Lisa Brown

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petiton   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her (brief description of offense)

Theft of Government Funds

in violation of Title   18   United States Code, Section(s)   641

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

U.S. Magistrate Judge Renee Harris Toliver   11/7/2018   Fort Worth, TX
                                              Date          Location

By: s/E.Moore
    Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Fort Worth, TX

| DATE RECEIVED 11/8/18 | NAME AND TITLE OF ARRESTING OFFICER Joseph Jacob, Special Agent | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 11/9/18 | | |